UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLVIN JUSTICE

    Plaintiff,

v.

PEOPLE OF THE STATE OF CALIFORNIA et al.

    Defendants.
_____/

No. C 05-4474 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND REMANDING CASE**

    The court has reviewed Magistrate Judge Laporte's Report and Recommendation Re: Remand, as well as plaintiff's objections to the report. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

    Although plaintiff has filed objections to the Report, those objections are incomprehensible, and fail to identify any legal grounds upon which the Report should be rejected, or upon which federal jurisdiction may be invoked.

    Accordingly, the case is REMANDED to Alameda Superior Court.

**IT IS SO ORDERED.**

Dated: December 15, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Assigned M/J,
    counsel of record