UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLVIN JUSTICE,

    Plaintiff,

    v.

PEOPLE OF THE STATE
OF CALIFORNIA et al.,

    Defendants.

_____/

No. C 05-4474 PJH

**ORDER DISMISSING CASE**

On February 15, 2006, the court issued a Notice and Order instructing plaintiff to provide the court with the correct Alameda County Superior Court case number associated with plaintiff's original filings, so that the court's original order adopting the magistrate judge's recommendation of remand may be effectuated.  The court granted plaintiff until March 15, 2006 in order to provide the requested information, after which point the court noted that it would sua sponte order dismissal of the action.

The March 15, 2006 deadline having passed without a communication from the plaintiff indicating the correct Alameda Superior Court case number, the court hereby orders DISMISSAL of plaintiff's action for lack of jurisdiction.  Plaintiff may avail himself of any appeal to which the law entitles him in the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

Dated: March 27, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge