UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLVIN JUSTICE,

    Plaintiff,

    v.

PEOPLE OF THE STATE OF CALIFORNIA et al.,

    Defendants.
_____/

No. C 05-4474 PJH

**JUDGMENT**

The court having granted plaintiff until March 15, 2006 to provide the court with the correct state court case number associated with plaintiff's original filings, and that deadline having passed without a communication from the plaintiff providing the requested information,

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: March 27, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge