UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLVIN JUSTICE

       Plaintiff,

       v.

PEOPLE OF THE STATE
OF CALIFORNIA et al.

       Defendants.
_____/

No. C 05-4474 PJH

**ORDER**

On May 16, 2006, the court issued an order of clarification in which it construed plaintiff's motion dated April 3, 2006 as a request for an extension of time pursuant to Federal Rule of Appellate Procedure 4(a)(5), and granted the request. The court hereby further clarifies that order by stating that, to the extent plaintiff's April 3, 2006 motion also constituted a request pursuant to Federal Rule of Appellate Procedure 4(a)(4), that request is DENIED.

Plaintiff is again advised that he is not to file any further filings or motions before this courts, as doing so will unnecessarily delay the prosecution of his pending appeal before the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: July 26, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge